# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Goldie M. Jack
In Proper Person
901 DeRouen St.
Ville Platte LA 70586

## REHEARING ACTION: December 19, 2007

**Docket Number: 07   01149-CA**

**GOLDIE M. JACK**
**VERSUS**
**NICK LEBAS**

**Appealed from EVANGELINE Parish Case No. 06-21902**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Jimmie C. Peters**
    **Hon. Michael G. Sullivan**
    **Hon. Glenn B. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Goldie M. Jack** has this day been

    **DENIED.**

cc: Kenneth Eric La Fleur, Counsel for the Appellee